[No. 11773-4-I.   Division One.   August 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
W. PETRICH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03395-1, Frank H. Roberts, Jr., J., entered May 17, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.

[No. 10052-1-I.   Division One.   August 1, 1983.]

D & H ENTERPRISES, INC., *Plaintiff,* TACY ANN
ROBINSON, *Appellant,* v. MACPHERSON'S,
INC., *Defendant,* ADMIRAL'S COVE,
INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 803273, Jerome M. Johnson, J., entered February 19, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Corbett, JJ.

[No. 7346-0-I.   Division One.   August 1, 1983.]

ROBERT W. GOLBERG, ET AL, *Respondents,* v. JOHN
SANGLIER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 843067, James J. Dore, J., entered February 7, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Williams, J.